# Wisconsin Lakes



This publication produced by
Bureau of Fisheries and Habitat Management

This publication funded in part by
the Aquatic Resources Trust Fund—Sport Fish Restoration Program



© Copyright 2009, Wisconsin Department of Natural Resources

The Wisconsin Department of Natural Resources provides equal opportunity in its employment, programs, services and functions under an Affirmative Action Plan. If you have any questions, please write to Equal Opportunity Office, Department of the Interior, Washington, D.C. 20240.

This publication is available in alternate format (large print, Braille, audio tape, etc.) upon request. Call 608-267-7498 for more information.


Printed on Recycled Paper


EXHIBIT A

| BURNETT COUNTY continued<br>Lake | Area | Maximum Depth | Mean Depth | Public Access | Lake map | Lake Type | Muskie | Northern Pike | Walleye | LM bass | SM bass | Panfish | Trout | Catfish | Sturgeon | Exotic Species |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baker Lake T39N R15W S02 | 20 | 4 | | W | | SE | | | | | | | | | | |
| Banach Lake (Kiezer) | 16 | 40 | 12 | BR | X | SE | | | | | | | A | | | |
| Barrens Springs No. 1 | 3 | 6 | | | | SP | | C | | | | P | P | | | |
| Barrens Springs No. 2 | 1 | 1 | | NW | | SP | | | | | | P | | | | |
| Bartash Lake | 22 | 21 | | | | SE | | P | | P | | C | | | | |
| Bashaw Lake | 171 | 16 | 7 | BR | X | DG | | C | | P | | P | | | | |
| Bass Lake T37N R18W S17 | 43 | 45 | | | | SE | | P | | P | | P | | | | |
| Bass Lake T38N R15W S09 | 110 | 18 | 5 | | X | SE | | P | | P | | P | | | | |
| Bass Lake T38N R15W S25 | 39 | 34 | | | | SE | | | | P | | | | | | |
| Bass Lake T39N R14W S24 | 31 | 27 | | W | | SE | | | | P | | P | | | | |
| Bass Lake T39N R16W S23 | 226 | 24 | 11 | | X | SE | | P | | P | P | P | | | | |
| Bass Lake T40N R15W S23 | 42 | 8 | | | | SE | | | | P | | C | | | | |
| Bass Lake T40N R17W S13 | 236 | 6 | 4 | | X | SE | | P | | P | | C | | | | |
| Bass Lake T41N R14W S03 | 30 | 35 | | W | | SE | | P | | P | | C | | | | |
| Bass Lake T41N R16W S13 | 67 | 21 | 8 | | X | SE | | | | C | | C | | | | |
| Behr Lake | 38 | 15 | | | | SE | | P | | P | | P | | | | |
| Benoit Lake | 297 | 41 | 17 | BR | X | SE | P | C | P | C | P | P | | | | |
| Berg Lake | 42 | 45 | | | | SE | | | | P | C | | P | | | |
| Big Bear Lake | 189 | 17 | 7 | | X | SE | | P | | P | | P | | | | |
| Big Doctor Lake | 212 | 9 | 6 | BR | X | SE | | C | | C | | P | | | | |
| Big McKenzie Lake | 1,185 | 71 | 19 | BR | X | DG | A | A | A | C | P | C | | | P | |
| Big Sand Lake | 1,400 | 55 | 9 | BR | X | SE | | A | P | A | P | P | | | | |
| Birch Island Lake | 838 | 13 | 6 | BR | X | SE | | C | | A | | C | | | | |
| Black Lake | 11 | 6 | | | | SE | | | | | | | | | | |
| Blomberg Lake (Bloomberg) | 68 | 4 | | | | SE | | | | | | | | | | |
| Bluff Lake | 51 | 23 | | | | SE | | P | | P | | P | | | | |
| Bogey Lake | 24 | 20 | | | | SE | | C | | P | | P | | | | |
| Boner Lake | 89 | 15 | 9 | BR | X | SE | | P | | P | | A | | | | |
| Bradley Lake | 6 | 15 | | W | | SE | | | | P | | P | | | | |
| Bricher Lake | 27 | 25 | | | | SE | | P | | P | | | | | | |
| Briggs Lake | 55 | 13 | 4 | BR | X | DG | | A | | P | | C | | | | |
| Buck Lake T37N R14W S14 | 18 | 31 | | | | SE | | | | | | | | | | |
| Buck Lake T39N R15W S26 | 67 | 6 | 4 | | X | SE | | P | | P | | P | | | | |
| Buffalo Lake | 69 | 4 | | | | SE | | P | | | | P | | | | |
| Burlingame Lake | 57 | 19 | 10 | BR | X | DG | | A | | A | | A | | | | |
| Cadotte Lake | 127 | 21 | 10 | NW | X | SE | | P | | P | A | P | | | | |
| Chase Lake | 6 | 30 | | | | SE | | | | | | | | | | |
| Clam Lake, Lower | 337 | 14 | 7 | BR | X | DG | | A | P | C | P | C | | P | P | |
| Clam Lake, Upper | 1,207 | 11 | 5 | BR | X | DG | | A | P | C | P | C | | P | P | |
| Clam River Flowage | 359 | 29 | 11 | BR | X | DG | | A | P | C | P | C | | C | P | |
| Clear Lake | 115 | 55 | 24 | R | X | SE | | P | P | A | | P | | | | |
| Clubhouse Lake | 25 | 26 | | | | SE | | | | P | | C | | | | |
| Conners Lake | 113 | 16 | 7 | BR | X | SE | | A | | C | | C | | | | |
| Corwick Lake | 6 | 25 | | | | SE | | | | C | | P | | | | |

33

## Inland Lake Summary Information By County*

| County | Named Lakes Number | Named Lakes Acres | Unnamed Lakes Number | Unnamed Lakes Acres | Totals Number | Totals Acres |
|---|---|---|---|---|---|---|
| Adams | 22 | 2,246 | 24 | 58 | 46 | 2,302 |
| Ashland | 84 | 5,636 | 73 | 300 | 157 | 5,936 |
| Barron | 124 | 16,475 | 245 | 1,273 | 369 | 17,748 |
| Bayfield | 339 | 20,604 | 623 | 2,025 | 962 | 22,629 |
| Brown | 4 | 94 | 18 | 76 | 22 | 170 |
| Buffalo | 7 | 192 | 1 | 4 | 8 | 196 |
| Burnett | 228 | 29,865 | 281 | 1,393 | 509 | 31,258 |
| Calumet | 6 | 91 | 2 | 7 | 8 | 98 |
| Chippewa | 200 | 19,139 | 249 | 888 | 449 | 20,027 |
| Clark | 16 | 966 | 16 | 110 | 32 | 1,076 |
| Columbia | 27 | 2,986 | 29 | 109 | 56 | 3,095 |
| Crawford | 9 | 6,005 | 68 | 238 | 77 | 6,243 |
| Dane | 36 | 21,504 | 27 | 284 | 63 | 21,788 |
| Dodge | 20 | 14,182 | 9 | 64 | 29 | 14,246 |
| Door | 25 | 3,254 | - | - | 25 | 3,254 |
| Douglas | 154 | 13,050 | 277 | 1,063 | 431 | 14,113 |
| Dunn | 10 | 3,915 | 10 | 38 | 20 | 3,953 |
| Eau Claire | 10 | 2,780 | 10 | 58 | 20 | 2,838 |
| Florence | 101 | 6,862 | 158 | 399 | 259 | 7,261 |
| Fond du Lac | 30 | 1,620 | 11 | 30 | 41 | 1,650 |
| Forest | 194 | 21,305 | 630 | 1,226 | 824 | 22,531 |
| Grant | 23 | 1,543 | 10 | 26 | 33 | 1,569 |
| Green | 5 | 350 | - | - | 5 | 350 |
| Green Lake | 14 | 16,985 | 22 | 135 | 36 | 17,120 |
| Iowa | 12 | 664 | 3 | 21 | 15 | 685 |
| Iron | 217 | 28,856 | 277 | 512 | 494 | 29,368 |
| Jackson | 48 | 2,819 | 87 | 2,185 | 135 | 5,004 |
| Jefferson | 23 | 3,677 | 10 | 33 | 33 | 3,710 |
| Juneau | 23 | 45,051 | 34 | 899 | 57 | 45,950 |
| Kenosha | 34 | 3,674 | - | - | 34 | 3,674 |
| Kewaunee | 14 | 250 | 1 | 1 | 15 | 251 |
| La Crosse | 7 | 8,547 | 12 | 21 | 19 | 8,568 |
| Lafayette | 5 | 572 | 3 | 26 | 8 | 620 |
| Langlade | 238 | 7,712 | 603 | 1,410 | 841 | 9,122 |
| Lincoln | 152 | 14,307 | 577 | 1,278 | 729 | 15,585 |
| Manitowoc | 56 | 1,310 | 45 | 182 | 101 | 1,492 |
| Marathon | 60 | 19,389 | 134 | 373 | 194 | 19,762 |

| County | Named Lakes Number | Acres | Unnamed Lakes Number | Acres | Totals Number | Acres |
|---|---|---|---|---|---|---|
| Marinette | 242 | 13,228 | 200 | 507 | 442 | 13,735 |
| Marquette | 61 | 5,619 | 32 | 117 | 93 | 5,736 |
| Menominee | 56 | 3,767 | 72 | 277 | 128 | 4,044 |
| Milwaukee | 40 | 195 | 1 | 2 | 41 | 197 |
| Monroe | 28 | 1,050 | 91 | 2,383 | 119 | 3,433 |
| Oconto | 200 | 10,486 | 178 | 567 | 378 | 11,053 |
| Oneida | 428 | 66,391 | 701 | 2,056 | 1129 | 68,447 |
| Outagamie | 4 | 118 | 29 | 95 | 33 | 213 |
| Ozaukee | 22 | 560 | 16 | 143 | 38 | 703 |
| Pepin | 9 | 221 | 20 | 57 | 29 | 278 |
| Pierce | 10 | 5,836 | 28 | 180 | 38 | 6,016 |
| Polk | 222 | 20,234 | 215 | 666 | 437 | 20,900 |
| Portage | 77 | 11,842 | 60 | 373 | 137 | 12,215 |
| Price | 160 | 13,759 | 228 | 1,289 | 388 | 15,048 |
| Racine | 20 | 3,002 | 2 | 28 | 22 | 3,030 |
| Richland | 9 | 251 | - | - | 9 | 251 |
| Rock | 19 | 11,004 | 56 | 155 | 75 | 11,159 |
| Rusk | 88 | 7,162 | 162 | 692 | 250 | 7,854 |
| St. Croix | 30 | 3,392 | 33 | 261 | 63 | 3,653 |
| Sauk | 24 | 10,970 | 4 | 23 | 28 | 10,993 |
| Sawyer | 243 | 55,071 | 252 | 1,516 | 495 | 56,587 |
| Shawano | 54 | 8,725 | 80 | 187 | 134 | 8,912 |
| Sheboygan | 38 | 2,004 | 31 | 100 | 69 | 2,106 |
| Taylor | 98 | 5,682 | 186 | 501 | 284 | 6,183 |
| Trempealeau | 14 | 364 | 12 | 45 | 26 | 409 |
| Vernon | 10 | 188 | 47 | 68 | 57 | 256 |
| Vilas | 563 | 91,191 | 755 | 2,698 | 1318 | 93,889 |
| Walworth | 35 | 12,796 | 2 | 2 | 37 | 12,798 |
| Washburn | 267 | 27,339 | 697 | 3,926 | 964 | 31,265 |
| Washington | 51 | 3,067 | 2 | 5 | 53 | 3,072 |
| Waukesha | 78 | 14,965 | 39 | 168 | 117 | 15,133 |
| Waupaca | 141 | 6,780 | 99 | 372 | 240 | 7,152 |
| Waushara | 97 | 4,445 | 41 | 178 | 138 | 4,623 |
| Winnebago | 8 | 169,603 | 22 | 152 | 30 | 169,755 |
| Wood | 13 | 4,774 | 65 | 1,471 | 78 | 6,245 |
| Totals* | 6,037 | 944,569 | 9,037 | 38,005 | 15,074 | 982,574 |

\* Totals do not reflect Lakes Superior and Michigan acreage. See page 14 for Great Lakes information.

17