

LAKE SURVEY MAP

STATE OF WISCONSIN
DEPARTMENT OF NATURAL RESOURCES

BIRCH ISLAND LAKE
BURNETT COUNTY
SEC. 7,13,17,18,19  T. 40  N. R. 14,15  W.



EXHIBIT
C

Source: Wisconsin Department of Natural Resources   608-266-2621
Birch Island Lake – Burnett County, Wisconsin DNR Lake Map
Date – Oct 1971 - Historical Lake Map - Not for Navigation
A Public Document - Please Identify the Source when using it.