UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CHAD M. McEVER, and
SCOTT OPPENHEIMER,

                    Plaintiffs,

v.                                                     Case No.:  25-CV-508-jdp

TOWN OF SCOTT,

                    Defendant.

## DEFENDANT TOWN OF SCOTT'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the defendant Town of Scott, by its attorneys, Kramer Shull Reeths LLP, hereby move the Court, the Honorable James D. Peterson, presiding, for an Order pursuant to Fed. Rule of Civil Proc. 56 granting summary judgment dismissal of all the claims against it in this lawsuit.

The motion is based upon its Memorandum of Law in Support of their Motion for Summary Judgment, the Defendants' Proposed Findings of Fact, the pleadings, and the entire record on file with the Court, and all depositions, declarations, and exhibits submitted in this matter by the defendant to this lawsuit in support of its motion for summary judgment.

WHEREFORE the defendant Town of Scott respectfully requests that the Court grant its motion for summary judgment and issue an order dismissing all the claims in the lawsuit against it and awarding costs and fees incurred in defending against the claims in this lawsuit pursuant to 42 U.S.C. § 1988.

1

Dated at Wausau, Wisconsin this 27th day of April 2026.

**s/ Michael J. Roman**

Michael J. Roman
State Bar No. 1020648
Attorneys for Defendant Town of Scott,
KRAMER SHULL REETHS LLP
210 McClellan Street
Suite 400
Wausau, WI 54403
Telephone: (715) 845-5656
Fax: (715) 845-5666
*Email: mroman@ksrllp.com*
