**IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

CHAD M. MCEVER and
SCOTT OPPENHEIMER,

                           Plaintiffs,

v.                                                             Case No.: 25-cv-508-jdp

TOWN OF SCOTT,

                         Defendant.

---

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Plaintiffs hereby move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in favor of the Plaintiffs as to Causes of Action I, II, III, IX, and X. The factual and legal basis for this motion is set forth in the Plaintiffs' Proposed Findings of Facts, Brief in Support of Summary Judgment, affidavits, and other filings in the record.

Dated this 27th day of April, 2026.

                                      WELD RILEY, S.C.

                         By:     *s/Anders B. Helquist*
                                   Anders B. Helquist
                                   WI State Bar # 1070854
                                   Jeffrey A. Cormell
                                   WI State Bar # 1101522
                                   John Robert Behling
                                   WI State Bar # 1036097

3624 Oakwood Hills Parkway
Eau Claire, WI 54701
715-839-7786
ahelquist@weldriley.com
jbehling@weldriley.com
jcormell@weldriley.com
*Counsel for Plaintiffs*