IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD MCEVER,
SCOTT OPPENHEIMER and
PEGGY O. OPPENHEIMER LIVING TRUST,

Case No.  25-cv-508-jdp

Plaintiffs,

v.

TOWN OF SCOTT,

Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Peggy O. Oppenheimer Living Trust; and in favor of defendant Town of Scott against plaintiffs Chad McEver and Scott Oppenheimer dismissing this case without prejudice for lack of standing.

s/ Deputy Clerk
Joel Turner, Clerk of Court

7/17/2026
Date